UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Life Time Fitness, Inc., Telephone Consumer Protection Act (TCPA) Litigation<br><br>This document relates to:<br>All Actions | Case No. 14-md-02564 (JNE-SER)<br>MDL No. 2564<br><br>**Joint Motion to Reschedule Preliminary Approval Hearing By One Week** |

Plaintiffs Noah Peterson, Paul Sarenpa, Brandon Silva, Ismael Salam, and Catherine Gould ("Plaintiffs") and Defendant Life Time Fitness, Inc. ("Defendant") (collectively "the Parties"), through their undersigned counsel, respectfully submit this Joint Motion to Reschedule Preliminary Approval Hearing by One Week. In support of this Motion, the Parties state the following:

1. The Court scheduled a Preliminary Approval Hearing for February 26, 2015 at 2:00pm (Doc. No. 15).

2. The Parties have very nearly finalized the settlement agreement, administration process, and papers in support of preliminary approval, but could make good use of one additional week to prepare the final materials for the Court.

3. On February 12, 2015, Counsel for Plaintiffs spoke with the Court's Courtroom Clerk who provided several alternate dates and times for the hearing and advised the filing of the present motion.

4.  Counsel for the Parties met and conferred to obtain days of availability from all counsel required to attend the hearing so that they could avoid conflicts.

WHEREFORE, the Parties respectfully request the Court reschedule the hearing by one week and set it for March 5, 2015 at 2:00 p.m. The motion for preliminary approval and supporting papers will be filed by February 25, 2015.

Dated: February 13, 2015.

Respectfully submitted,

s/ Aaron D. Van Oort     .
Aaron D. Van Oort, No. 315539
Erin M. Verneris, No. 0335174
Erin L. Hoffman, No. 0387835
Elsa M. Bullard, No. 0392113
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
aaron.vanoort@faegrebd.com
erin.verneris@faegrebd.com
erin.hoffman@faegrebd.com
elsa.bullard@faegrebd.com

Attorneys for Defendant
       Life Time Fitness, Inc.

s/ Shawn J. Wanta           .
Shawn J. Wanta, No. 0389164
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 252-3570
sjwanta@baillonthome.com

Plaintiffs Lead Counsel