# EXHIBIT

# "A"

RECEIVED JUN 05 2015 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

**DECLARATION OF LINDSEY THUT IN SUPPORT
OF OBJECTIONS TO CLASS ACTION SETTLEMENT IN
*IN RE: LIFE TIME FITNESS, INC., TELEPHONE CONSUMER
PROTECTION ACT (TCPA) LITIGATION*, CASE NO. 14-MD-02564-JNE-SER**

Comes now LINDSEY THUT and states the following under oath and under penalty of perjury in support of her objection:

"My name is Lindsey Thut. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit."

The facts stated herein are within my personal knowledge."

"My current address is 2700 N. Hayden Road, Apt. #2082, Scottsdale, Arizona 85257. My cellular telephone number is (847) 400-6592 and my email is lindseythut@gmail.com."

"I am a consumer who received a text message from Life Time Fitness to a cellular telephone through the use of an online texting service from January 1, 2014 through April 15, 2014. At that time my cell phone number was 847-400-6592, and it was on this number I received the text."

"Attached as Exhibit 1 is a true and correct copy of my claim form receipt in the above settlement. Attached as Exhibit 2 is a true and correct copy of the postcard notice I received."

"I have not opted out of the Settlement."

"I object to the proposed settlement of *IN RE: LIFE TIME FITNESS, INC., TELEPHONE CONSUMERPROTECTION ACT (TCPA) LITIGATION*, CASE NO. 14-MD-02564-JNE-SER for the reasons stated in my objection."

"I declare under penalty of perjury under the laws of the United States of

2

America that the foregoing is true and correct. Executed this the __4__ day of June, 2015, at Kildeer, Illinois."

_____
Lindsey Thut

# EXHIBIT "1"

RECEIVED JUN 05 2015 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

n re: Life Time Fitness, Inc., Telephone Consumer Protection Act (TCPA) Litigation

# Claim Form Receipt

Thank You. Your claim form has been submitted. Please print this page as your receipt.

Your Claim Number is 10552212001. Please retain this number for your records.

Print

Case Code: LTF
Date: Apr 13, 2015

## CLAIMANT INFORMATION

LINDSEY THUT
21331 W PRESCOTT CT
KILDEER, IL 60047-8859

Contact phone number: (847) 549-0600
Email Address: Jeffthut@gmail.com
Cellular Telephone Number: (847) 400-6592

## CLAIM INFORMATION

Award selection: I would like a Cash Award of $100 (estimated).
Certification: I certify that this information is true and correct

Please print this page and retain it for your records.

For more information about the settlement and the claims filing process, please review the Class Notice.



www.kccllc.com

Home   File a Claim   Class Notices   Court Documents   Frequently Asked Questions
Kurtzman Carson Consultants   Terms of Use   Privacy Policy

# EXHIBIT

# "2"

**LEGAL NOTICE**

*A federal court authorized this Notice.*
*You are not being sued.*

*This is not a solicitation from a lawyer.*

If you received a text message on your cell phone from Life Time Fitness from January 1, 2014 through April 15, 2014, you could get $100, a free 3-month Life Time Fitness membership, or a $250 membership credit from a class action settlement.

A Settlement has been reached in a class action lawsuit claiming that Life Time Fitness unlawfully sent text messages to cell phones without the prior express consent of the recipients. Life Time denies that it did anything wrong, and the Court has not decided who is right.

www.LifeTimeTCPAsettlement.com
Toll-Free Number: 1-877-790-2079

**LTF**

Life Time Fitness Claims Administrator
P.O. Box 30182
College Station, TX 77842-3182
*Deadline to file a Claim: July 6, 2015*

You could get $100, a free 3-month Life Time Fitness membership, or a $250 membership credit from the Class Action Settlement described in this Notice.

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039

Postal Service: Please do not mark barcode

Claim #: LTF-10552212001 - 535775

A108247
Lindsey Thut
21331 W. Prescott Ct.
Kildeer, IL 60047-8859

---

FOLD AND TEAR ALONG THIS PERFORATION

---

Life Time's records show you could get $100, a free 3-month Life Time Fitness membership, or a $250 membership credit from a class action settlement.
Just tear off, select your award, sign, and mail in this Claim Form.
The legal notice inside this postcard explains the settlement and your rights.

| LIFE TIME FITNESS TCPA SETTLEMENT CLAIM FORM | FILING DEADLINE: JULY 6, 2015 |
|---|---|
| **Claimant Name:** Lindsey Thut | **Claim Number:** 10552212001 |

Sign and date below *if:* (1) you wish to submit a claim for an award from the Life Time Fitness TCPA Settlement and (2) you received a text message from Life Time Fitness from January 1, 2014 through April 14, 2014. You may submit this Claim Form by detaching this postage pre-paid card and placing it in the nearest U.S. Postal Service receptacle. By signing and submitting this Claim Form, you certify that the information provided is true and correct. If you need to edit your name, address, or other information, you must do so online.

| Cellular Telephone Number at which you received a text message from Life Time Fitness through the use of an online texting service from January 1, 2014 through April 15, 2014. | ( ) - |
|---|---|
| **Choice of Award** (Check ONE only) | ☐ I would like a Cash Award of $100 (estimated). <br> ☐ I would like a Membership Award, which lets me pick *either* a free 3-month single membership at a Life Time Gold club of my choice *or* a $250 credit (estimated) toward any membership covering me at any Life Time club. |
| Signature _____ | Date __/__/__ (Month) (Day) (Year) |



10552212001   LTFCRD1

**Who's Included?** <u>Life Time's records show you are included in this Settlement as a Settlement Class Member</u>. The Court decided that the Settlement Class includes all persons within the United States who received a text message from Life Time to a cellular telephone through the use of an online texting service from January 1, 2014, through April 15, 2014.

**What are the Settlement terms?** Life Time will provide each Settlement Class Member who timely submits a valid claim on or before **July 6, 2015** with their choice of: (1) a Cash Award of $100; or (2) a Membership Award that you can use for *either* a free 3-month single membership at a Life Time Gold club of your choice *or* a $250 credit toward any membership at any Life Time club as long as you are on the membership. Life Time has also agreed to pay Settlement Costs of court-awarded attorneys' fees and costs; court-awarded service awards to the Class Representatives; notice costs; and costs of claims administration.

The Total Settlement Payment (all Settlement Costs, plus all Cash Awards and Membership Awards) must be at least $10,000,000 and no more than $15,000,000. *Depending on the total number of claims submitted, the type of Award class members choose, the cost of administration, and the amount of court-awarded attorneys' fees and costs, the amounts of the Cash Award and Membership Award may be adjusted up or down to bring the Total Settlement Payment within that range.*

**How can you get an award?** To get an award, simply tear off the attached, postage pre-paid Claim Form, select your award, and sign and mail the form. You can also submit your claim online using the 11-digit number in this Notice labeled "Claim Number." Each Settlement Class Member may submit only one Claim. The claims deadline is July 6, 2015.

**Your other options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **June 5, 2015**. If you do not exclude yourself, you will release all your claims having to do with text messages sent by Life Time between January 1, 2014 and April 15, 2014. Alternatively, you may object to the Settlement by **June 5, 2015**. The detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a hearing on **July 30, 2015** to consider whether to approve the Settlement and whether to award attorneys' fees of up to **$4,500,000** to Class Counsel and service payments of up to **$5,000** to each of the four Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call **1-877-790-2079**, or visit **www.LifeTimeTCPAsettlement.com.**

LTF

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 1810   COLLEGE STATION, TX

POSTAGE WILL BE PAID BY ADDRESSEE

LIFE TIME FITNESS
CLAIMS ADMINISTRATOR
PO BOX 30182
COLLEGE STATION, TX 77842-9907