# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Life Time Fitness, Inc.,<br>Telephone Consumer Protection Act (TCPA)<br>Litigation<br><br>This document relates to:<br>All Actions | Case No. 14-md-02564 (JNE-SER)<br>MDL No. 2564<br><br>**LIFE TIME FITNESS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26, 33, 34, 37, and Local Rule 7.1, Life Time Fitness, Inc. hereby moves the Court to compel Plaintiffs to respond to Life Time's interrogatories and requests for production of documents and information by Thursday, June 25, 2015. In support of its motion, Life Time states as follows:

1. Life Time served interrogatories and requests for production of documents on April 8, 2015. These requests relate to Plaintiffs' request for an award of fees to Class Counsel. *See* Declaration of Aaron D. Van Oort ("Van Oort Decl.") at ¶2, Exhibit A.

2. On May 8, Class Counsel served responses to Life Time's request, without providing any documents or substantive answers. *See* Van Oort Decl. at ¶ 3, Exhibit B.

3. Counsel for the parties met and conferred regarding the deficiencies in Plaintiffs' responses to Life Time's discovery requests but were unable to reach a resolution. *See* Van Oort Decl. at ¶¶ 4, 5.

4. Plaintiffs have a pending motion for an award of fees and costs to Class Counsel. *See* Dkt. 36. Life Time's opposition to this motion is due July 9, 2015. The information and

documents Life Time requested in its interrogatories and requests for production are both discoverable and necessary for Life Time to review to prepare its response Plaintiffs' motion.

5. Accordingly, Life Time respectfully asks this Court to compel Plaintiffs to produce the requested documents and information by Thursday, June 25.

Dated: June 5, 2015

/s/ Aaron D. Van Oort
Aaron D. Van Oort
Bar Number 315539
Erin M. Verneris
Bar Number 0335174
Erin L. Hoffman
Bar Number 0387835
Elsa M. Bullard
Bar Number 0392113
Attorneys for Defendant
   Life Time Fitness, Inc.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
aaron.vanoort@FaegreBD.com
erin.verneris@FaegreBD.com
erin.hoffman@FaegreBD.com
elsa.bullard@faegreBD.com

**Certification of Compliance with Local Rule 7.1**

I certify that, before filing this motion, I met and conferred with the opposing party in a good-faith effort to resolve the issues raised by the motion. The parties were unable to reach a resolution on all or part of the motion.

/s/ Aaron D. Van Oort
Aaron D. Van Oort