UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br>LIFE TIME FITNESS, INC.,<br>TELEPHONE CONSUMER<br>PROTECTION ACT (TCPA)<br>LITIGATION<br><br>This document relates to:<br>All actions | Case No.: 0:14-md-02564-JNE-SER<br>MDL Docket No. 2564<br><br>**Motion for Final Approval of Settlement** |

Plaintiffs Noah Peterson, Paul Sarenpa, Brandon Silva, and Catherine Gould ("Plaintiffs"), individually and on behalf of each of the Settlement Class Members move for an order:

    1.    Granting final approval of the Settlement Agreement reached by the Parties and submitted herewith;

    2.    Finally certify, for settlement purposes only, the following class pursuant to Rule 23 of the Federal Rules of Civil Procedure:

> All persons within the United States who received a text message from Life Time Fitness to a cellular telephone through the use of an online texting service from January 1, 2014 through April 15, 2014;

    3.    Issuing an order and final judgment in the forms proposed by the parties and submitted to chambers.

This motion is made on the grounds that: (1) the Settlement is fair, reasonable and adequate and is the product of extensive arms-length negotiations between the parties; (2) the Settlement Class meets all the requirements for

certification of a settlement class; and (3) the Notice Program has been adequate and reasonable, has satisfied all of the requirements of Fed. R. Civ. P. Rule 23(c)(2)(B) and (e)(B), due process, and constituted the best notice practicable under the circumstances.

This motion is brought pursuant to Fed. R. Civ. P. 23(e) and is based on this Motion; the Memorandum in Support of the Motion, submitted herewith; Declaration of Shawn J. Wanta; Declaration of Stefanie Gardella; the complete file and record in this Action; the argument of counsel; and such other and further evidence and argument as the Court may choose to entertain.

Dated: November 3, 2015              Respectfully submitted,

 s/ Shawn J. Wanta
Shawn J. Wanta
Bar No. 0389164
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN  55402
Telephone:  (612) 252-3570
sjwanta@baillonthome.com

*Lead Class Counsel*

*Class Counsel Executive Committee*

| | |
|---|---|
| J. Gordon Rudd, Jr.<br>Bar No. 222082<br>Zimmerman Reed PLLP<br>1100 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 641-0400 | Katrin Caroll<br>Lite DePalma Greenberg, LLC<br>211 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>(312) 750-1265 |

David T. Butsch
Butsch Roberts & Associates LLC
231 South Bemiston Ave
Suite 260
Clayton, MO 63105
(314) 863-5700