UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br>LIFE TIME FITNESS, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION<br><br>This document relates to:<br>All actions | Case No.: 0:14-md-02564-JNE-SER<br>MDL Docket No. 2564<br><br>**Notice of Supplemental Authority in Support of Plaintiffs' Motion for Appeal Bond** |

With this notice, Plaintiffs respectfully alert this Court to an Order issued after Plaintiffs filed their Motion for Appeal Bond, which directly relates to issues raised by Plaintiffs' pending motion. On January 21, 2016 Judge Magnuson issued a memorandum and order in *In re: Target Corporation Customer Data Security Breach Litigation*, No. 14-2522, ECF No. 701 (D. Minn. Jan. 21, 2016). A copy of the decision is attached to this notice as Exhibit A.

The memorandum and order addresses several disputes at issue in Plaintiffs' motion including the amount necessary to ensure payment of costs on appeal pursuant to Fed. R. App. P. 7. and Appellant's financial ability to post the bond.

\*         \*         \*

Dated: January 21, 2016   BAILLON THOME JOZWIAK & WANTA LLP

s/ Shawn J. Wanta
Shawn J. Wanta, No. 0389164
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 252-3570

*Plaintiffs' Lead Counsel and Class Counsel*

*Plaintiffs' Executive Committee and Class Counsel*

J. Gordon Rudd, Jr., #222082
Zimmerman Reed PLLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400

Katrina Carroll
Lite DePalma Greenberg, LLC
211 West Wacker Drive, Suite 500
Chicago, IL 60606
(312) 750-1265

David T. Butsch
Butsch Roberts & Associates LLC
231 South Bemiston Ave
Suite 260
Clayton, MO 63105
(314) 863-5700

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. First Class Mail to those indicated as non-registered participants this 21st day of January 2016.

                                                    s/ Shawn J. Wanta
                                                  Counsel for Plaintiffs