UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Life Time Fitness, Inc., Telephone          Case No. 14-md-2564 (JNE)
Consumer Protection Act (TCPA) Litigation          ORDER

This case is before the Court on the Joint Motion for *Cy Pres* Distribution of Residual Settlement Funds.  Having reviewed the record, the Court concludes that a *cy pres* distribution and the parties' proposed recipient are appropriate.  Therefore, IT IS ORDERED THAT:

1.  The Joint Motion for *Cy Pres* Distribution of Residual Settlement Funds [Docket No. 144] is GRANTED.

2.  The *cy pres* distribution of the residual settlement funds to the National Legal Aid and Defender Association is approved.

Dated: July 9, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge